**Order entered April 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00720-CR

**RAYMOND EDWARDS III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-53451-W**

## ORDER

On March 10, 2015, this Court ordered court reporter Debi Harris to file, within ten days, a supplemental record containing State's Exhibit no. 2, a DVD. To date, Ms. Harris has neither filed the supplemental record nor communicated with the Court regarding the status of the exhibit.

Accordingly, we **ORDER** court reporter Debi Harris to file, by **4:00 p.m. on TUESDAY, MAY 5, 2015**, a supplemental record containing State's Exhibit no. 2. If the exhibit is not filed by the date and time specified, the Court will order that Debi Harris not sit as a court reporter until she files the exhibit in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court; Debi Harris, court reporter; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE